IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

John Beckstrand, Plaintiff,

v.

Delta Airlines Inc., Defendant.

Civil Action No.  25-cv-2492-JWB/DTS

**RECEIVED**

JUN 1 3 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND WHISTLEBLOWER RETALIATION**

Plaintiff, for their Complaint against Defendant, states as follows:

John Beckstrand, located at 1960 Beaver Dam Ct., Eagan, MN 55122, is an employee of Delta Airlines Inc., located at 7500 Airline Dr. Bldg. C 4211, Minneapolis, MN 55450. Defendant, Delta Airlines Inc., has its primary business located at 7500 Airline Dr. Bldg. C 4211, Minneapolis, MN MN 55450.

**I. JURISDICTION AND VENUE**

This is an action for employment discrimination brought under:
* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. (gender and religion discrimination);
* The Age Discrimination in Employment Act of 1967 (ADEA), 29 U.S.C. § 621 et seq.;
* The Americans with Disabilities Act of 1990 (ADA), 42 U.S.C. § 12101 et seq..

This Court has jurisdiction pursuant to:
* 28 U.S.C. § 1331 (federal question jurisdiction);
* 42 U.S.C. § 2000e–5(f)(3);
* 29 U.S.C. § 626(c)(1);
* 42 U.S.C. § 12117(a).



SCANNED

JUN 1 6 2025

U.S. DISTRICT COURT MPLS

Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because the unlawful employment practices were committed in this district and Defendant conducts business here.

**II. PARTIES**

Plaintiff, John Beckstrand is an individual with the primary location of the employment is the location of Delta Airlines Inc. located at 7500 Airline Dr. Bldg. C 4211 in the State of Minnesota, within the jurisdiction of this Court.

Defendant, Delta Airlines Inc., is a corporation and employer engaged in an industry affecting

* The candidates were ultimately passed despite Plaintiff's concerns.
* Plaintiff's employer has since only selected African American, Latino, and female new hires since Plaintiff's demotion. Plaintiff continuously complained about the race and gender discrimination, and specifically about the lack of disciplinary action taken against new hires who failed to follow protocol, noting that this appeared to contradict Delta's stated hiring standards and commitment to safety and potentially jeopardized operational safety. Nothing has been done about these complaints.
* In February 2024, Plaintiff reinjured a previous injury that occurred on the job.
* Plaintiff went on disability for six months before going on short-term disability to long-term disability.
* Since being on medical leave, Plaintiff has been subjected to harassment and Plaintiff's employer has been stalking Plaintiff's social media accounts. No reason was given for the harassment or discriminatory treatment.
* On March 7, 2024, Plaintiff was written up for baseless reasons that later concluded there was no valid cause after an investigation was conducted. Plaintiff was told that Plaintiff was written up for alleged misuse of cash travel benefits.
* Plaintiff's employer has also denied Plaintiff's workman's compensation claim twice. Plaintiff was told that Plaintiff's workman's compensation has been denied because the incident was not reported and is a preexisting condition, which Plaintiff states is not true.
* Plaintiff is currently on long-term disability, with a current set return date of November 10th, 2025.
* Plaintiff applied for, but has not yet been given, a reasonable accommodation to return to work.
* Plaintiff believes that they have been discriminated against because of their age (50), in violation of the Age Discrimination in Employment Act of 1967, as amended (ADEA) , their disability, in violation of Title I of the Americans with Disabilities Act of 1990, as amended (ADA) , their race (Caucasian) and sex (male), in violation of Title VII of the Civil Rights Act of 1964 as amended (Title VII) , and subjected to retaliation for engaging in protected activity, including reporting discriminatory hiring practices, safety concerns (whistleblower activity) and making complaints regarding discrimination, in violation of the ADEA, the ADA, and Title VII.
* The discriminatory practices include making employment decisions based on or regarding Plaintiff's religion and requesting participation in activities conflicting with Plaintiff's religious beliefs.
* This includes discrimination in applying for the Propel Program.
* Similarly situated employees outside Plaintiff's protected classes were treated more favorably.
* Defendant failed to provide reasonable accommodations for Plaintiff's disability.
* Plaintiff was subjected to disparate treatment and a hostile work environment based on professional conduct.

As a result of Defendant's unlawful actions, Plaintiff has suffered loss of income, emotional distress, reputational harm, and other damages.

commerce, with its principal place of business located at Delta Airlines Inc. located at 7500 Airline Dr. Bldg. C 4211. Defendant employed 15 or more employees for each working day in each of 20 or more calendar weeks in the current or preceding calendar year.

**III. EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Plaintiff filed timely charges of discrimination with the Equal Employment Opportunity Commission (EEOC), Charge No. 444-2024-01610, alleging discrimination based on age, religion, gender, and disability.

The EEOC issued a Notice of Right to Sue dated March 13, 2025, which Plaintiff received on or about March 18, 2025. This complaint is being filed within 90 days of receipt of the Right to Sue notice.

**IV. STATEMENT OF FACTS**

Plaintiff was employed by Defendant as a CSA from on or about September 2015 to present.

Plaintiff is a member of the following protected classes:
* Over the age of 40 (protected under the ADEA);
* Male (protected under Title VII);
* Practicing [Religion] (protected under Title VII);
* Has a disability as defined under the ADA, specifically tarsal coalition or metatarsal coalition.

During Plaintiff's employment, Defendant engaged in discriminatory practices, including but not limited to the following:
* Plaintiff was hired by the above-named employer on September 28, 2015, as an Airline Customer Service Agent.
* Beginning in February 2023 and most recently in January 2024, Plaintiff was denied an invitation to join the Delta Propel Program three times, although Plaintiff met all qualifications. Plaintiff was given a general reason that they were not one of the candidates selected for the Delta Propel Program.
* All candidates selected were significantly younger and less qualified or of another gender or religion. Other person(s) were accepted into the Propel Program.
* When Plaintiff complained of the discrimination, no remedial action was taken. Plaintiff was told that there was nothing that could be done.
* In October 2022, while training new candidates for the Move Crew, Plaintiff explained to Scott Redinger, Operational Site Manager (Caucasian), that Plaintiff could not pass them due to **safety concerns of them failing to follow protocol**. These safety concerns posed a substantial and specific danger to public health or safety in airline operations.
* Plaintiff was told to just pass them.
* Plaintiff escalated concerns to Paul Buckley, Below Wing Manager (Caucasian), and was demoted shortly thereafter. Plaintiff was demoted for failing to pass the candidates in training.

**V. CLAIMS FOR RELIEF**

**COUNT I: Gender and Religion Discrimination (Title VII)**
Plaintiff realleges and incorporates all preceding paragraphs. Defendant discriminated against Plaintiff based on gender and religion in violation of Title VII of the Civil Rights Act of 1964.

**COUNT II: Age Discrimination (ADEA)**
Plaintiff realleges and incorporates all preceding paragraphs. Defendant discriminated against Plaintiff based on age in violation of the ADEA.

**COUNT III: Disability Discrimination (ADA)**
Plaintiff realleges and incorporates all preceding paragraphs. Defendant failed to provide reasonable accommodations and subjected Plaintiff to discrimination based on disability in violation of the ADA.

**COUNT IV: Retaliation and Whistleblower Protection**
Plaintiff realleges and incorporates all preceding paragraphs. Defendant retaliated against Plaintiff for engaging in protected activities, including complaining about discrimination based on age, gender, religion, and disability, as well as reporting concerns regarding discriminatory hiring practices and **safety concerns (whistleblower activity) that posed a substantial and specific danger to public health or safety**. These actions constitute unlawful retaliation in violation of Title VII, the ADEA, and the ADA.

**VI. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:
a. Enter judgment in favor of Plaintiff and against Defendant;
b. Award compensatory damages for emotional distress, suffering, and inconvenience;
c. Award back pay, front pay, and lost benefits;
d. Order injunctive relief to prevent future unlawful employment practices;
e. Award punitive damages as allowed by law;
f. Award reasonable attorney's fees and costs if applicable;
g. Grant such other and further relief as the Court deems just and proper.

**VII. JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Dated: June 13, 2025

Respectfully submitted,

John Beckstrand
1960 Beaver Dam Ct.
Eagan, MN 55122
PH: 612-715-4684
Email: johnbeckstrand@gmail.com
Pro Se / Plaintiff